EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 22 2005

at 10 o'clock and 45 min. a M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 05 00260 SOM |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | [21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) and (b)(1)(B)] |
| JAMES LOW,           (1) | ) | |
| MICHAEL SILVA        (2) | ) | |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges that:

Count One

Beginning at a date unknown and continuing up to and including June 8, 2005, in the District of Hawaii, defendants, JAMES LOW and MICHAEL SILVA, did knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with others known and unknown, to distribute 500 grams or more of a mixture and substance containing a detectable amount

of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21 United States Code, Sections 846, 841(a)(1) & (b)(1)(A).

Count Two

On or about June 8, 2005, in the District of Hawaii, defendant, MICHAEL SILVA, did knowingly and intentionally possess, with intent to distribute, 50 grams or more, to wit: approximately 187 grams, of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

Count Three

On or about June 8, 2005, in the District of Hawaii, defendant, JAMES LOW, did knowingly and intentionally possess, with intent to distribute, 500 grams or more, to wit: approximately 3,695 grams, of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

Dated: June 22, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
LARRY BUTRICK
Chief, Criminal Division

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. James Low & Michael Silva
Indictment
CR. No.