PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

MATTHEW C. WINTER
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:     matthew_winter@fd.org

Attorney for Defendant
MICHAEL SILVA  (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS 02 |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S RESPONSE TO |
| | ) | DRAFT PRESENTENCE REPORT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| MICHAEL SILVA            (02), | ) | |
| | ) | Sentencing Date:  May 8, 2006 |
| Defendant. | ) | Time:                 1:30 p.m. |
| | ) | |

**DEFENDANT'S RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, Michael Silva, by and through counsel, Matthew C. Winter, Assistant Federal Defender, respectfully states that he has no objections or

clarifications to the calculations contained in the draft presentence report dated March 17, 2006.

      DATED: Honolulu, Hawaii, March 31, 2006.

        /s/ Matthew C. Winter
       MATTHEW C. WINTER
       Attorney for Defendant
       MICHAEL SILVA (02)

# CERTIFICATE OF SERVICE

I, MATTHEW C. WINTER, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on March 31, 2006:

Served Electronically through CM/ECF:

    MARK A. INCIONG
    mark.inciong@usdoj.gov
    Assistant United States Attorney
    300 Ala Moana Boulevard, Suite 6100
    Honolulu, Hawaii 96813

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

Served by hand-delivery:

    ROSANNE T. DONOHOE
    United States Probation Officer
    300 Ala Moana Boulevard, Room C-111
    Honolulu, Hawaii 96813

    /s/ Matthew C. Winter
    MATTHEW C. WINTER
    Attorney for Defendant
    MICHAEL SILVA (02)