U.S. Department of Justice

Federal Bureau of Prisons

LEFT SIDE

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

August 30, 2006

The Honorable J. Michael Seabright
Judge of the U.S. District Court
  for the District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**Re:  SILVA, Michael C.**
       Reg. No. 92233-022
       Docket No. 1:05CR00260-002

Dear Judge Seabright:

   This is in response to the Court's recommendation that Michael C. Silva serve his term of confinement in a federal facility in the Northwest. In addition, the Court recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Silva was sentenced in your court to a 144-month term for Conspiracy to Distribute Methamphetamine.

   Unfortunately, we were unable to follow the Court's recommendations. Mr. Silva has been classified as a high security level offender and has been designated to the high security level facility in Victorville, California. Although the RDAP is not available at high security level facilities, staff will work closely with Mr. Silva and encourage him to participate in a variety of substance abuse education and counseling programs offered at the facility. Should Mr. Silva become eligible for transfer, he will be considered for a facility which offers the RDAP, if determined eligible under the established program criteria.

   Although we were unable to follow the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                   Sincerely,

                                   Rebecca Tamez
                                   Chief

mbp
cc:  Warden, USP Victorville